IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALISSA and ERICK PURTLE                                                    PLAINTIFFS

V.                              CASE NO. 4:06-cv-039 (GTE)

SELECT PORTFOLIO SERVICING, INC.
Formerly known as FAIRBANKS CAPITAL CORP.                                  DEFENDANT

### STIPULATED ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

Counsel having advised the Court that this matter has been settled as to all parties,

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to re-open the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 12th day of June 2006.

_____
United States District Judge

PREPARED BY:

/s/ Franki E. Heenan
Franki E. Heenan, ABN 2002072
HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
310 Natural Resources Drive
Post Office Box 26321
Little Rock, Arkansas 72221-6321
(501) 224-1050
Attorneys for the Plaintiff

APPROVED AS TO FORM:

/s/ Marian Major McMullan
Marian Major McMullan, ABN 86123
The McMullan Law Firm
Post Office Box 2839
Little Rock, Arkansas 72203-2839
Attorneys for the Defendant

G:\DOC\PURTLE\DismOrd-SPS.DOC